1 GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
2 400 Montgomery Street, Suite 200
San Francisco, CA 94104
3 Telephone: (415)433-3476
Facsimile:  (415)296-8734
4
Attorney for Defendant
5 **ENRIQUE VOTO-BERNALES**

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 UNITED STATES OF AMERICA,    )   Case No.  CR-06-0605 CRB
                                )
12         Plaintiff,            )   **STIPULATION TO RELEASE
                                )   PASSPORT AND
13 v.                            )   [PROPOSED] ORDER**
                                )
14 ENRIQUE VOTO-BERNALES,        )
                                )
15         Defendant.            )
                                )
16 ─────────────────────────────

17      IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES,

18 Assistant U.S. Attorney Dave Hall, and counsel for the Defendant, Enrique Voto-Bernales,

19 Gilbert Eisenberg, Esq., that the defendant's United States Passport be returned to the Defendant

20 for the purpose of renewing his Merchant Mariner status with the United States Coast Guard so

he can maintain his employment as a longshoreman. The defendant shall return his passport to the

21 Clerk of the court within 72 hours after it has been returned to him.

22 Dated:  this __30th___ day of November, 2006.

23                                    /s/
                                      DAVE HALL, Esq.,
24                                    Assistant United States Attorney

25 Dated:  this_30th___ day of November, 2006.

26                                    /s/
                                      GILBERT EISENBERG, Esq.
27                                    Counsel for Enrique Voto-Bernales

28

STIPULATION TO RELEASE PASSPORT                                                    1

1   GOOD CAUSE APPEARING,

2   IT IS ORDERED that the Clerk of this court shall release the passport of the defendant to

3  Enrique Voto-Bernales, or his attorney, Gilbert Eisenberg. The passport shall be returned to the

4  Clerk within 72 hours after it has been released

5

6    .

Dated this  4th   day of December, 2006.

7

8

9                                              _____
   CHARLES R. BREYER
10  UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*