Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for BERT VOTO-BERNALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 06-00605** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| vs. | |
| BERT VOTO-BERNALES, *et al.*, | |
| Defendants. | |

**STIPULATION**

Defendants Bert Voto-Bernales and Enrique Voto-Bernales, by and through their counsel, Edward W. Swanson and Gilbert Eisenberg, and the United States, by and through Assistant United States Attorney David Hall, hereby stipulate to continue defendants' hearing, currently scheduled for February 7, 2007, until March 7, 2007, due to the unavailability of counsel.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

IT IS SO STIPULATED.

DATED: February 5, 2007

/s/
EDWARD W. SWANSON
ALEXIS HALLER
Swanson, McNamara & Haller LLP
Counsel for BERT VOTO-BERNALES

DATED: February 5, 2007

/s/
GILBERT EISENBERG
Counsel for ENRIQUE VOTO-BERNALES

DATED: February 5, 2007

/s/
DAVID HALL
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 6, 2007

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

2